IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Amador Perdomo-Salazar,<br><br>　　　　　　Defendant. | No. CR 09-00938-PHX-JGZ (JR)<br><br>**ORDER** |

　　　　Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Jacqueline Rateau that recommends finding that Defendant Amador Perdomo-Salazar violated Standard Condition No. 1 of the terms of his supervised release by committing another federal crime during the term of his supervised release and further recommends that the District Court schedule a disposition hearing on the same date as the sentencing date for CR 14-01856-TUC-JGZ(JR).

　　　　A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired.  As such, the Court will not consider any objections or new evidence.

　　　　The Court has reviewed the record and concludes that Magistrate Judge Rateau's recommendations are not clearly erroneous.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir.1999); *see also Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998).

//

Accordingly, IT IS HEREBY ORDERED as follows:

1. Magistrate Judge Rateau's Report and Recommendation (Doc. 57) is accepted and adopted;
2. Defendant's is found to have violated Standard Condition No. 1 of his terms of supervised release by committing another federal crime during the term of his supervised release;
3. U.S. Probation is directed to prepare a disposition report.
4. The final disposition hearing is set for June 3, 2015 at 9:40 a.m. before Judge Jennifer G. Zipps in conjunction with his sentencing in CR 14-01856-TUC-JGZ (JR).

Dated this 7th day of May, 2015.

_____
Jennifer G. Zipps
United States District Judge